ACCEPTED
01-14-00648-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/5/2015 10:51:40 PM
CHRISTOPHER PRINE
CLERK

CASE NO. 01-14-00648-CV

IN THE FIRST COURT OF APPEALS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/5/2015 10:51:40 PM
CHRISTOPHER A. PRINE
Clerk

BARRETT WAKEFIELD,
Appellant,

vs.

SAM AYERS AND CLAUDIA AYERS,
Appellees.

On Appeal from the County Civil Court at Law No. 4 of
of Harris County, Texas, Cause No. 1007580-102

APPELLANT'S RESPONSE TO COURT'S NOTICE OF INTENT TO DISMISS

Troy Tindal
State Bar No. 24066198
17225 El Camino Real, Ste 190
Houston, Texas 77058
Tel: 832-691-1519
Fax: 832-408-7579
troy@tindallawfirm.com

**COUNSEL FOR APPELLANT
BARRETT WAKEFIELD**

## APPELLANT'S TO COURT'S NOTICE OF INTENT TO DISMISS

The Court noticed its intent to dismiss this instant appeal for lack of jurisdiction, citing the pending Waggoners' counterclaims and other potential impediments to the finality of the trial court's summary judgment order against Thinair Wireless, Inc., Howard J. Wakefield, III, Barrett Wakefield, and Randall Wayne Habel.

On July 28, 2014, Appellant Barrett Wakefield petitioned this Court for additional time to establish finality of the trial court's order. In the trial court, Barrett Wakefield moved for severance of the breach of contract claims against him and Howard Wakefield in order to separate the breach of contract claims supporting the summary judgment against the Wakefields from the other claims and bankrupt co-defendants. The trial court granted Barrett Wakefield's Motion to Sever on December 5, 2014, creating a separate case under Cause No. 1007580-102 the breach of contract claims asserted against Barrett Wakefield and Howard Wakefield, III. *See* Exh. A.

On the basis of the above, the trial court's summary judgment order now constituting a final judgment in severed Cause No. 1007580-102, Appellant Barrett Wakefield respectfully regrets that the Court retain this appeal, re-styled as needed to reflect the underlying trial court case as severed from the original action.

2

Dated: January 5, 2015                    Respectfully submitted,

**/s/ Troy Tindal on Jan 5, 2015**

_____

Troy Tindal
State Bar No. 24066198
troy@tindallawfirm.com
17225 El Camino Real, Ste 190
Houston, Texas 77058
Tel: 832-691-1519
Fax: 832-408-7579

**ATTORNEY FOR APPELLANT
BARRETT WAKEFILED**


## CERTIFICATE OF SERVICE

As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b), (d), (e), I certify that I have served this document on all other parties to this appeal, which are listed below, on January 5, 2015 as follows:

John Grayson
Cokinos, Bosien & Young
1221 Lamar St., 16th Floor
Houston, Texas 77010

Howard Wakefield, III
2233 West Alabama Street
Houston, TX 77098

**/s/ Troy Tindal on Jan 5, 2015**

_____

Troy Tindal